**E-filed 12/22/06**

WILLIAM R. TAMAYO- #084964 (CA)
JONATHAN T. PECK-#12303 (VA)
SANYA HILL MAXION-#18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 The Embarcadero, Suite 500
San Francisco, CA 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

Attorneys for Plaintiff,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

ROBERTA S. HAYASHI, CA STATE BAR NO. 105141
CHRISTINE H. LONG, CA STATE BAR NO. 199676
KARA L. ERDODI, CA STATE BAR NO. 221093
BERLINER COHEN
Ten Almaden Boulevard
Eleventh Floor
San Jose, CA 95113-2223
Telephone: (408) 286-5800
Facsimile: (408) 998-5388

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY COLLISION FRAME & BODY, INC.,<br><br>Defendant. | Civil Action No.: C 06 6032 JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 7-12 and 16-2(e), counsel for Defendant, Monterey Collision Frame and Body, Inc. and counsel for Plaintiff, Equal Employment Opportunity

Heller
Ehrman LLP

1
JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC:  Civil Complaint No. C-06-6032-JF

1  Commission, have met and conferred and agree that it would be in the best interests of the
2  parties and of judicial economy to reschedule the Case Management Conference in this
3  action until after the January 26, 2007 hearing on Defendant's Motion to Dismiss Plaintiff's
4  Complaint which was filed with this Court on November 9, 2006.

5       The parties therefore stipulate, agree, and respectfully request the Court to
6  reschedule the Case Management Conference presently set for January 12, 2007 at 10:30
7  a.m. to take place February 23, 2007 at 10:30 a.m., and further stipulate and agree that all
8  dates relating to the Case Management Conference, including the deadline to meet and
9  confer regarding case management issues and for the exchange of initial disclosures, be
10 reset in accordance with the new February 23, 2007 Case Management Conference date.

11      IT IS SO STIPULATED.

12 Dated: December 15, 2006          BERLINER COHEN

14                                   By _____/s/_____
                                     CHRISTINE H. LONG
15                                   Attorneys for Defendant,
                                     MONTEREY COLLISION FRAME & BODY, INC.

17 Dated: December 21, 2006          EQUAL EMPLOYMENT OPPORTUNITY
18                                   COMMISSION

20                                   By _____/s/_____
                                     SANYA HILL MAXION
21                                   Attorneys for Plaintiff,
                                     EQUAL EMPLOYMENT OPPORTUNITY
22                                   COMMISSION

## **ORDER**

Having considered the foregoing Joint Stipulation, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The Case Management Conference scheduled for January 12, 2007 will be reset for February 23, 2007 at 10:30 a.m.  All related dates are reset accordingly.

Dated:  ~~12/22~~, 2006

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE