**E-Filed 1/22/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MONTEREY COLLISION FRAME & BODY, INC.,<br><br>　　　　　　Defendant. | Case Number C 06-6032 JF (PVT)<br><br>ORDER[1] VACATING HEARING DATE ON MOTION TO DISMISS AS MOOT<br><br>[re: docket no. 3] |

　　Defendant has moved to dismiss the original complaint in this action. Plaintiff filed a first amended complaint on January 3, 2007. Accordingly, the hearing date scheduled for January 26, 2007 is vacated.

IT IS SO ORDERED.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-6032 JF (PVT)
ORDER DENYING MOTION TO DISMISS AS MOOT
(JFLC1)

1  DATED: January 22, 2007.

                                                   JEREMY FOGEL
                                                   United States District Judge

Case No. C 06-6032 JF (PVT)
ORDER DENYING MOTION TO DISMISS AS MOOT
(JFLC1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | Kara L. Erdodi | kara.erdodi@berliner.com, jwillson@berliner.com |
| 3 | Sanya P. Hill Maxion | sanya.hill@eeoc.gov |
| 4 | Christine H. Long | christine.long@berliner.com, cathy.sandifer@berliner.com |
| 5 | Jonathan T. Peck | Jonathan.Peck@eeoc.gov |
| 6 | William Robert Tamayo | william.tamayo@eeoc.gov, pat.tickler@eeoc.gov |

3

Case No. C 06-6032 JF (PVT)
ORDER DENYING MOTION TO DISMISS AS MOOT
(JFLC1)