**E-filed 2/16/07**

WILLIAM R. TAMAYO- #084964 (CA)
JONATHAN T. PECK-#12303 (VA)
SANYA HILL MAXION-#18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 The Embarcadero, Suite 500
San Francisco, CA 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

Attorneys for Plaintiff,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

ROBERTA S. HAYASHI, CA STATE BAR NO. 105141
CHRISTINE H. LONG, CA STATE BAR NO. 199676
KARA L. ERDODI, CA STATE BAR NO. 221093
BERLINER COHEN
Ten Almaden Boulevard
Eleventh Floor
San Jose, CA  95113-2223
Telephone:  (408) 286-5800
Facsimile:  (408) 998-5388

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY COLLISION FRAME & BODY, INC.,<br><br>Defendant. | Civil Action No.: C 06 6032 JF<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 7-12 and 16-2(e), counsel for Defendant, Monterey Collision Frame and Body, Inc. and counsel for Plaintiff, Equal Employment Opportunity

1
SECOND JOINT STIP & [PROPOSED] ORDER TO CONTINUE CMC:  Civil Complaint No. C-06-6032-JF

1  Commission, have met and conferred and agree that it would be in the best interests of the
2  parties and of judicial economy to reschedule the Case Management Conference to the same
3  date of the April 13, 2007 hearing on Defendant's Motion to Dismiss Plaintiff's Complaint
4  which was filed with this Court on February 1, 2007.
5      The parties therefore stipulate, agree, and respectfully request the Court to
6  reschedule the Case Management Conference presently set for Friday, February 23, 2007 at
7  10:30 a.m. to take place April 13, 2007 at 10:30 a.m., and further stipulate and agree that all
8  dates relating to the Case Management Conference, including the exchange of initial
9  disclosures and filing of the Case Management Statement, be reset in accordance with the
10 new April 13, 2007 Case Management Conference date.
11     IT IS SO STIPULATED.

12 Dated:  February 14, 2007            BERLINER COHEN

14                                      By    s/ Christine H. Long
                                        CHRISTINE H. LONG
15                                      Attorneys for Defendant,
                                        MONTEREY COLLISION FRAME & BODY, INC.

17 Dated:  February 14, 2007            EQUAL EMPLOYMENT OPPORTUNITY
18                                      COMMISSION

20                                      By s/Sanya  Hill Maxion_
                                        SANYA HILL MAXION
21                                      Attorneys for Plaintiff,
                                        EQUAL EMPLOYMENT OPPORTUNITY
22                                      COMMISSION

**ORDER**

Having considered the foregoing Joint Stipulation, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The Case Management Conference scheduled for February 23, 2007 will be reset for April 13 at 10:30 a.m. All related dates are reset accordingly.

Dated: __2/16_____, 2007

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE